**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

September 24, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: *United States* v. *Rosa Calderon*

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Rosa Calderon with conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846. The Information and cover sheet are enclosed.

Very truly yours,

ROBERT FRAZER
United States Attorney

/s/ *Kruti Dharia*________
Kruti D. Dharia
Assistant U.S. Attorney

*/s/ Nicholas K.Peone*
Nicholas K. Peone
Paul J. Koob
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section